EXHIBIT A



# Service of Process Transmittal
10/26/2020
CT Log Number 538460302

**TO:** Patty Butler
Spectra
3601 S BROAD ST
PHILADELPHIA, PA 19148-5250

**RE:** **Process Served in Kansas**

**FOR:** Global Spectrum, L.P.  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Larry D. Robbins, Pltf. vs. Global Spectrum, L.P., Dft. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # 2020CV000555 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **ON WHOM PROCESS WAS SERVED:** | The Corporation Company, Inc., Topeka, KS |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 10/26/2020 postmarked on 10/22/2020 |
| **JURISDICTION SERVED :** | Kansas |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 10/27/2020, Expected Purge Date: 11/01/2020 |
| | Image SOP |
| | Email Notification,  Patty Butler  patty.butler@spectraxp.com |
| | Email Notification,  Jordan Ellis  jordan.ellis@spectraxp.com |
| **SIGNED:** | The Corporation Company, Inc. |
| **ADDRESS:** | 208 S La Salle St Ste 814<br>Chicago, IL 60604-1101 |
| **For Questions:** | 866-203-1500<br>DealTeam@wolterskluwer.com |

Page 1 of  1 / RD

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



**ELECTRONICALLY FILED**
2020 Oct 21 PM 7:07
CLERK OF THE SHAWNEE COUNTY DISTRICT COURT
CASE NUMBER: 2020-CV-000555

Larry D Robbins
vs.
Global Spectrum LP

**SUMMONS**

To the above-named Defendant/Respondent:

**Global Spectrum LP**
**c/o Corporation Company Inc**
**112 SW 7th St Ste 3C**
**Topeka, KS  66603**

You are hereby notified that an action has been commenced against you in this court. You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

Nicole Revenaugh
Irigonegaray Turney & Revenaugh LLP
1535 SW 29th St
Topeka, KS 66611

within 21 days after service of summons on you.


Deputy Clerk for.

Clerk of the District Court
Electronically signed  on 10/22/2020 08:33:02 AM

**Documents to be served with the Summons:**
Petition - Global Spectrum LP

ELECTRONICALLY FILED
2020 Oct 21 AM 11:16
CLERK OF THE SHAWNEE COUNTY DISTRICT COURT
CASE NUMBER: 2020-CV-000555

## IN THE DISTRICT COURT OF SHAWNEE COUNTY, KANSAS

| | |
|---|---|
| **LARRY D. ROBBINS,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) ) |
| **GLOBAL SPECTRUM, L.P.** | ) ) ) |
| **Defendant.** | ) ) |

### PETITION
(Pursuant to K.S.A. Chapter 60)

COMES NOW the plaintiff, Larry D. Robbins, by and through counsel, Nicole M. Revenaugh of Irigonegaray, Turney, & Revenaugh, L.L.P., and for his cause of action against the defendant, Global Spectrum, L.P., alleges and states:

1. Plaintiff, Larry D. Robbins, is a resident of Shawnee County, Kansas.

2. Defendant, Global Spectrum, L.P. is a foreign limited partnership registered to do business in the State of Kansas.

3. At all times material hereto, defendant Global Spectrum, L.P. was the owner and operator of the Kansas Expocentre located at One Expocentre Drive in Topeka, Shawnee County, Kansas.

4. At all times material hereto, Mr. Robbins was classified as an individual with a disability pursuant to the Americans with Disabilities Act (ADA).

1

5. On January 24, 2019, at approximately 11:30 a.m., Mr. Robbins drove to the Kansas Expocentre to attend the Greater Topeka Partnership's Annual Meeting, and parked his vehicle in an ADA-accessible parking space in the northernmost area of the parking lot outside the Maner Conference Center. When the event concluded around 1:00 p.m., Mr. Robbins proceeded outside to return to his car and suddenly and without warning slipped on ice in the handicap area of the parking lot, causing him to fall violently on his right arm and shoulder.

6. Mr. Robbins sustained severe and permanent injuries as a result of the incident.

7. Venue and jurisdiction are proper in this court.

8. The accumulation of snow, ice, and/or freezing rain on the parking lot was a dangerous condition on the premises.

9. Global Spectrum, L.P. had actual and/or constructive notice of the dangerous condition on the parking lot.

10. Global Spectrum, L.P. had a duty to maintain its parking lot in a reasonably safe condition, had a duty to warn Mr. Robbins of the dangerous condition, and had a duty to repair the dangerous condition.

11. Global Spectrum, L.P. negligently: (1) failed to maintain its premises in a reasonably safe condition; (2) failed to adequately warn Mr. Robbins of the dangerous condition on the premises; and (3) failed to repair the dangerous condition on the premises.

12. Global Spectrum, L.P.'s failure to remove snow, ice, and/or freezing rain accumulation from the handicap aisle of the parking lot further violated 28 C.F.R. § 36.211 and other provisions of the ADA.

13. Global Spectrum, L.P.'s duty to maintain its premises in a reasonably safe condition is non-delegable. As such, Global Spectrum, L.P. is vicariously liable for the negligent acts or omissions of any potential third-party subcontractors the Global Spectrum, L.P. may have contracted with to remove snow, ice, and/or freezing rain accumulation from the premises.

14. As a result of the fall, Mr. Robbins has had to undergo medical treatment; suffered severe pain; suffered mental anguish; had to restrict his daily activities; incurred medical and related expenses; and lost wages. Mr. Robbins' ability to lead a normal life and enjoy life has been adversely affected. These damages have been incurred to date and will continue to be incurred in the future.

15. Mr. Robbins's aforesaid personal injuries and damages were directly and proximately caused by the negligence of Global Spectrum, L.P.

16. As a result of Global Spectrum, L.P.'s negligence, Mr. Robbins has sustained damages in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00).

**WHEREFORE**, Larry D. Robbins prays for a judgment against the Global Spectrum, L.P., for an amount in excess of $75,000.00, for costs, and for all such further relief as the Court deems just and equitable.

Respectfully submitted,

/s/ Nicole M. Revenaugh
**NICOLE M. REVENAUGH, #25482**
IRIGONEGARAY, TURNEY,
& REVENAUGH, L.L.P.
1535 SW 29th Street, Topeka, KS 66611
nicole@itrlaw.com
785-267-6115 (ph)
785-267-9458 (fax)
Attorney for Plaintiff

## DEMAND FOR JURY TRIAL

**COMES NOW** the plaintiff, by and through counsel, and requests a trial by a jury of twelve on all issues in the above entitled matter.

/s/ Nicole M. Revenaugh
**NICOLE M. REVENAUGH, #25482**

ELECTRONICALLY FILED
2020 Oct 21 AM 11:16
CLERK OF THE SHAWNEE COUNTY DISTRICT COURT
CASE NUMBER: 2020-CV-000555

## IN THE DISTRICT COURT OF SHAWNEE COUNTY, KANSAS

| | |
|---|---|
| **LARRY D. ROBBINS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) |
| | ) |
| | ) |
| **GLOBAL SPECTRUM, L.P.** | ) |
| | ) |
| **Defendant.** | ) |

### PETITION
(Pursuant to K.S.A. Chapter 60)

COMES NOW the plaintiff, Larry D. Robbins, by and through counsel, Nicole M. Revenaugh of Irigonegaray, Turney, & Revenaugh, L.L.P., and for his cause of action against the defendant, Global Spectrum, L.P., alleges and states:

1. Plaintiff, Larry D. Robbins, is a resident of Shawnee County, Kansas.

2. Defendant, Global Spectrum, L.P. is a foreign limited partnership registered to do business in the State of Kansas.

3. At all times material hereto, defendant Global Spectrum, L.P. was the owner and operator of the Kansas Expocentre located at One Expocentre Drive in Topeka, Shawnee County, Kansas.

4. At all times material hereto, Mr. Robbins was classified as an individual with a disability pursuant to the Americans with Disabilities Act (ADA).

1

5. On January 24, 2019, at approximately 11:30 a.m., Mr. Robbins drove to the Kansas Expocentre to attend the Greater Topeka Partnership's Annual Meeting, and parked his vehicle in an ADA-accessible parking space in the northernmost area of the parking lot outside the Maner Conference Center. When the event concluded around 1:00 p.m., Mr. Robbins proceeded outside to return to his car and suddenly and without warning slipped on ice in the handicap area of the parking lot, causing him to fall violently on his right arm and shoulder.

6. Mr. Robbins sustained severe and permanent injuries as a result of the incident.

7. Venue and jurisdiction are proper in this court.

8. The accumulation of snow, ice, and/or freezing rain on the parking lot was a dangerous condition on the premises.

9. Global Spectrum, L.P. had actual and/or constructive notice of the dangerous condition on the parking lot.

10. Global Spectrum, L.P. had a duty to maintain its parking lot in a reasonably safe condition, had a duty to warn Mr. Robbins of the dangerous condition, and had a duty to repair the dangerous condition.

11. Global Spectrum, L.P. negligently: (1) failed to maintain its premises in a reasonably safe condition; (2) failed to adequately warn Mr. Robbins of the dangerous condition on the premises; and (3) failed to repair the dangerous condition on the premises.

12. Global Spectrum, L.P.'s failure to remove snow, ice, and/or freezing rain accumulation from the handicap aisle of the parking lot further violated 28 C.F.R. § 36.211 and other provisions of the ADA.

13. Global Spectrum, L.P.'s duty to maintain its premises in a reasonably safe condition is non-delegable. As such, Global Spectrum, L.P. is vicariously liable for the negligent acts or omissions of any potential third-party subcontractors the Global Spectrum, L.P. may have contracted with to remove snow, ice, and/or freezing rain accumulation from the premises.

14. As a result of the fall, Mr. Robbins has had to undergo medical treatment; suffered severe pain; suffered mental anguish; had to restrict his daily activities; incurred medical and related expenses; and lost wages. Mr. Robbins' ability to lead a normal life and enjoy life has been adversely affected. These damages have been incurred to date and will continue to be incurred in the future.

15. Mr. Robbins's aforesaid personal injuries and damages were directly and proximately caused by the negligence of Global Spectrum, L.P.

16. As a result of Global Spectrum, L.P.'s negligence, Mr. Robbins has sustained damages in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00).

**WHEREFORE**, Larry D. Robbins prays for a judgment against the Global Spectrum, L.P., for an amount in excess of $75,000.00, for costs, and for all such further relief as the Court deems just and equitable.

        **Respectfully submitted,**

        */s/ Nicole M. Revenaugh*
        **NICOLE M. REVENAUGH, #25482**
        IRIGONEGARAY, TURNEY,
        & REVENAUGH, L.L.P.
        1535 SW 29th Street, Topeka, KS 66611
        nicole@itrlaw.com
        785-267-6115 (ph)
        785-267-9458 (fax)
        Attorney for Plaintiff

## DEMAND FOR JURY TRIAL

**COMES NOW** the plaintiff, by and through counsel, and requests a trial by a jury of twelve on all issues in the above entitled matter.

        */s/ Nicole M. Revenaugh*
        **NICOLE M. REVENAUGH, #25482**

**ELECTRONICALLY FILED**
2020 Oct 21 PM 7:07
CLERK OF THE SHAWNEE COUNTY DISTRICT COURT
CASE NUMBER: 2020-CV-000555

Larry D Robbins

vs.

Global Spectrum LP

**SUMMONS**

To the above-named Defendant/Respondent:

**Global Spectrum LP**
**c/o Corporation Company Inc**
**112 SW 7th St Ste 3C**
**Topeka, KS  66603**

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

Nicole Revenaugh
Irigonegaray Turney & Revenaugh LLP
1535 SW 29th St
Topeka, KS 66611

within 21 days after service of summons on you.



Clerk of the District Court
Electronically signed  on 10/22/2020 08:33:02 AM

**Documents to be served with the Summons:**
Petition - Global Spectrum LP

ELECTRONICALLY FILED
2020 Nov 12 PM 12:42
CLERK OF THE SHAWNEE COUNTY DISTRICT COURT
CASE NUMBER: 2020-CV-000555

IN THE DISTRICT COURT OF SHAWNEE COUNTY, KANSAS

| | |
|---|---|
| LARRY D. ROBBINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2020-CV000555 |
| ) | K.S.A. Chapter 60 |
| GLOBAL SPECTRUM, L.P., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION FOR CLERK'S EXTENSION OF TIME

COMES NOW Defendant, Global Spectrum, L.P., by and through counsel, and pursuant to Kansas Supreme Court Rule 113, hereby requests an additional fourteen (14) days, up to and including November 30, 2020, to answer or otherwise respond to Plaintiff's Petition.

Respectfully submitted,

DYSART TAYLOR COTTER
McMONIGLE & MONTEMORE, P.C.

By   */s/ John F. Wilcox, Jr.*
John F. Wilcox, Jr.        KS Bar #16594
Meghan A. Litecky        KS Bar #27383
4420 Madison Avenue
Kansas City, MO 64111
(816) 931-2700
(816) 931-7377 – FAX
*jwilcox@dysarttaylor.com*
*mlitecky@dysarttaylor.com*

ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 12th day of November, 2020, the above and foregoing was filed with the court using its electronic filing and case management system, which will serve copies to all parties of record, as follows:

Nicole M. Revenaugh
Irigonegaray, turney & Revenaugh, L.L.P.
1535 SW 29th Street
Topeka, KS  66611
*nicole@itrlaw.com*

ATTORNEYS FOR PLAINTIFF

                                                  */s/ John F. Wilcox, Jr.*
                                        ATTORNEYS FOR DEFENDANT

ELECTRONICALLY FILED
2020 Nov 12 PM 1:54
CLERK OF THE SHAWNEE COUNTY DISTRICT COURT
CASE NUMBER: 2020-CV-000555



**Court:** Shawnee County District Court

**Case Number:** 2020-CV-000555

**Case Title:** Larry D Robbins vs. Global Spectrum LP

**Type:** Order Granting Motion for a 14 day Clerk's Extension of Time to Answer

SO ORDERED.

/s/ Chelsea Montague, Deputy Clerk

Electronically signed on 2020-11-12 13:54:27    page 1 of 3

IN THE DISTRICT COURT OF SHAWNEE COUNTY, KANSAS

| | |
|---|---|
| LARRY D. ROBBINS, )<br>)<br>　　　　Plaintiff, )<br>)<br>　v. )<br>)<br>GLOBAL SPECTRUM, L.P., )<br>)<br>　　　　Defendant. )<br>_____ ) | Case No. 2020-CV000555<br>K.S.A. Chapter 60 |

**ORDER GRANTING DEFENDANT'S MOTION FOR
A FOURTEEN-DAY CLERK'S EXTENSION OF TIME TO ANSWER**

On application of John F. Wilcox, Jr., attorney for Defendant Global Spectrum, L.P., Defendant is granted a fourteen (14) day Clerk's Extension up to and including November 30, 2020 to answer or otherwise respond.

This Order is effective as of the date and time shown on the electronic file stamp.

Submitted by:

DYSART TAYLOR COTTER
McMONIGLE & MONTEMORE, P.C.


By  */s/ John F. Wilcox, Jr.*
John F. Wilcox, Jr.          KS Bar #16594
Meghan A. Litecky            KS Bar #27383
4420 Madison Avenue
Kansas City, MO  64111
(816) 931-2700
(816) 931-7377 – FAX
*jwilcox@dysarttaylor.com*
*mlitecky@dysarttaylor.com*

ATTORNEYS FOR DEFENDANT
GLOBAL SPECTRUM, L.P.

ELECTRONICALLY FILED
2020 Nov 25 AM 10:18
CLERK OF THE SHAWNEE COUNTY DISTRICT COURT
CASE NUMBER: 2020-CV-000555

IN THE DISTRICT COURT OF SHAWNEE COUNTY, KANSAS

| | |
|---|---|
| LARRY D. ROBBINS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GLOBAL SPECTRUM, L.P., )<br>)<br>Defendant. )<br>_____ ) | Case No. 2020-CV000555 |

## ENTRY OF APPEARANCE

COMES NOW Meghan A. Litecky of the law firm Dysart Taylor Cotter McMonigle & Montemore, P.C., and hereby enters her appearance as counsel of record for Defendant Global Spectrum, L.P.

Respectfully submitted,

DYSART TAYLOR COTTER
McMONIGLE & MONTEMORE, P.C.

By: */s/ Meghan A. Litecky*
John F. Wilcox, Jr., KsBar#16594
Meghan A. Litecky, KS Bar #27383
4420 Madison Avenue
Kansas City, MO 64111
(816) 931-2700
(816) 931-7377 – FAX
jwilcox@dyssarttaylor.com
mlitecky@dysarttaylor.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

      I certify that on November 25, 2020, a true copy of the foregoing document was filed via the Court's electronic filing system, which will transmit notice of said filing via electronic mail to all counsel of record.

                                                      */s/ Meghan A. Litecky*
                                                      Meghan A. Litecky